

**SULLIVAN | BRILL**
ATTORNEYS AT LAW

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1065

December 18, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-26-19_

<u>Via ECF</u>
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States of America v. Kevin Taylor*
Ind. No.: 18 Cr. 586 (ALC)

Dear Judge Carter:

Mr. Taylor is scheduled to be sentenced on January 10, 2019. As the Court is aware, mitigation specialist Carmeta Albarus has been working on a report detailing Mr. Taylor's traumatic background. Although significant progress has been made on compiling the material needed to provide the Court a comprehensive report, Ms. Albarus has indicated that more time is required to obtain all the relevant information, including certain ACS documents.

Therefore, we are respectfully requesting that the Court adjourn Mr. Taylor's sentence until March 9, 10, or 12, 2020, or a date convenient to the Court. I have spoken with AUSA Elinor Tarlow regarding this request, and she indicated that the government has no objection.

Thank you for your consideration.

Very truly yours,

SULLIVAN & BRILL, LLP

By: Steven Brill

Application granted. Sentencing adjourned to 3-12-20 at 12:00 p.m. So Ordered.
/s/ Andrew L. Carter
12-26-19