USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-12-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

United States of America,

                              **ORDER**

                              18-CR-586 (ALC)

    -v-

Kevin Taylor,

             Defendant(s)

------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the sentencing set for March 12, 2020 is adjourned to **March 30, 2020 at 11:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       February 12, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE