

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

March 18, 2020

<u>Via ECF</u>
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States of America v. Kevin Taylor*
           Ind. No.: 18 Cr. 586 (ALC)

Dear Judge Carter:

    Mr. Taylor is scheduled for sentence on March 30, 2020. Given the latest developments with Covid-19, which, among other things has caused a delay in my ability to visit with Mr. Taylor at the MDC, I am respectfully requesting that the Court adjourn Mr. Taylor's sentence to a date in May or one that is convenient for the Court. I have spoken with AUSA Elinor Tarlow regarding this request, and she indicated that the government has no objection.

    Thank you for your consideration.

                                                            Very truly yours,

                                                           SULLIVAN|BRILL, LLP

                                                           _____
                                                            By: Steven Brill