

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/2020

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

March 18, 2020

<u>Via ECF</u>
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The application is granted. Sentencing adjourned to June 1, 2020 at 2:00 p.m.

**SO ORDERED**.

Re: *United States of America v. Kevin Taylor*
Ind. No.: 18 Cr. 586 (ALC)

Dear Judge Carter:

Mr. Taylor is scheduled for sentence on March 30, 2020. Given the latest developments with Covid-19, which, among other things has caused a delay in my ability to visit with Mr. Taylor at the MDC, I am respectfully requesting that the Court adjourn Mr. Taylor's sentence to a date in May or one that is convenient for the Court. I have spoken with AUSA Elinor Tarlow regarding this request, and she indicated that the government has no objection.

Thank you for your consideration.

Very truly yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
March 23, 2020