**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/28/20

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

May 19, 2020

<u>Via ECF</u>
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States of America v. Kevin Taylor*
            Ind. No.: 18 Cr. 586 (ALC)

Dear Judge Carter:

    Mr. Taylor is scheduled for sentencing on June 1, 2020. Although I am nearly complete with my sentencing submission, there are exhibits that are favorable to Mr. Taylor that I would like to attach for the Court's consideration. I also would like an opportunity to review the submission with him (remotely). Because of the interruption caused by the COVID-19 pandemic, it has taken longer than usual to complete this process. Therefore, I am respectfully requesting that the Court reschedule sentencing for any date in July that is convenient for the Court and the government.

    The government has no objection to this request.

    Thank you for your consideration.

                              Very truly yours,

                              SULLIVAN|BRILL, LLP

                              _____
                              By: Steven Brill

The application is granted.
Sentencing adjourned to
July 17, 2020 at 11:30 a.m.
So Ordered.

*/s/ Andrew L. Carter, Jr.*
5/28/20