```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                      **ORDER**
                                  18-CR-586 (ALC)

       -v-

Kevin Taylor,

           Defendant(s)
-----------------------------------------------------------X

**ANDREW L. CARTER, JR.,** United States District Judge:

    The July 17, 2020 sentencing is adjourned to **September 24, 2020** at **12:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
         July 9, 2020

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**