USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/23/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  -against-           **18-CR-586 (ALC)**

**KEVIN TAYLOR,**         **ORDER**

       **Defendant.**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

  The sentencing scheduled for September 24, 2020 is adjourned to **January 28, 2021** at **12:30 p.m.**

**SO ORDERED.**

**Dated:**  **New York, New York**
     **September 23, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**