```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                    :
                                             :
                    Plaintiff,               :
                                             :       18-CR-586 (ALC)
        -against-                            :
                                             :       ORDER
KEVIN TAYLOR,                                :
                                             :
                    Defendant.               :
                                             :
------------------------------------------------------------------ :
                                             x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/26/21__

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for January 28, 2021 is adjourned to **May 6, 2021** at **10:00 a.m.**

**SO ORDERED.**

**Dated:**   **New York, New York**
             **January 26, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**