USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-29-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                                     **ORDER**

                                                                     18-CR-586 (ALC)

           -against-

Kevin Taylor,
-----------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

      The sentencing scheduled for May 6, 2021 is adjourned to **June 22, 2021** at **3:30 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       April 29, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE