```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-14-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-                                   18-CR-586 (ALC)

KEVIN TAYLOR,                           **ORDER**

                Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      The Violation of Supervised Release Hearing set June 29, 2023 is rescheduled to June 28, 2023 at **2:00 p.m.**

SO ORDERED.

Dated:     New York, New York
             June 14, 2023

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**